UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROYAL CAR CENTER, INC.,

    Plaintiff,

v.

                                      Case No. 22-cv-12691
                                      Hon. Matthew F. Leitman

MANNHEIM LUXURY
MOTORS, LLC, *et al.*,

    Defendants.
_____/

## ORDER REQUIRING PLAINTIFF TO SERVE DEFENDANT WITH NOTICE OF HEARING

In this action, Plaintiff Royal Car Center, Inc. ("RCC") alleges that Defendant Mannheim Luxury Motors, LLC ("Mannheim") has refused to pay for two luxury vehicles that Mannheim purchased from RCC. (*See* Compl., ECF No. 1.) Mannheim has not appeared in this action, and it has not filed any response to the Complaint. (*See* Dkt.) The Clerk of the Court entered a default against Mannheim on February 16, 2023. (*See* Default, ECF No. 8.)

On March 7, 2023, RCC filed a motion for a default judgment against Mannheim. (*See* Mot., ECF No. 11.) The Court has now issued a Notice of Hearing setting RCC's motion for a Zoom electronic hearing on **August 3, 2023, at 2:00 p.m.**

1

By no later than **July 17, 2023**, RCC shall serve Mannheim with (1) the Notice of Hearing, (2) this order, and (3) a proposed default judgment. In addition, by no later than **July 17, 2023**, RCC shall file a Certificate of Service on the docket confirming that it has served Mannheim with these documents. Finally, by no later than **July 17, 2023**, RCC shall submit the proposed default judgment to the Court through the Utilities function of CM/ECF.

    **IT IS SO ORDERED.**

                                            s/Matthew F. Leitman
                                            MATTHEW F. LEITMAN
                                            UNITED STATES DISTRICT JUDGE

Dated: July 6, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 6, 2023, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126