UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROYAL CAR CENTER, INC.,

    Plaintiff,

v.

Case No. 22-cv-12691
Hon. Matthew F. Leitman

MANNHEIM LUXURY MOTORS, INC.,
*et al.*,

    Defendants.

_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT (ECF No. 11) WITHOUT PREJUDICE

On August 3, 2023, the Court held a hearing on Plaintiff Royal Car Center, Inc.'s motion for a default judgment against Defendant Manheim Luxury Motors, Inc. (*See* Mot., ECF No. 11.) For the reasons explained on the record, the motion is **DENIED WITHOUT PREJUDICE**.

    IT IS SO ORDERED.

                                      s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  August 3, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 3, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan<br>
Case Manager<br>
(313) 234-5126

2