UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROYAL CAR CENTER, INC.,

    Plaintiff,

v.

MANNHEIM LUXURY
MOTORS, INC., *et al.*,

    Defendants.
_____/

Case No. 22-cv-12691
Hon. Matthew F. Leitman

## **ORDER REQUIRING PLAINTIFF TO SERVE DEFENDANT WITH NOTICE OF HEARING**

In this action, Plaintiff Royal Car Center, Inc. ("RCC") alleges that Defendant Mannheim Luxury Motors, Inc. ("Mannheim") has refused to pay for two luxury vehicles that Mannheim purchased from RCC. (*See* Compl., ECF No. 1.) Mannheim has not appeared in this action, and it has not filed any response to the Complaint. (*See* Dkt.) The Clerk of the Court entered a default against Mannheim on February 16, 2023. (*See* Default, ECF No. 8.) RCC filed a motion for default judgment against Mannheim on March 7, 2023 (*see* Mot., ECF No. 11), and the Court denied the motion without prejudice on August 3, 2023. (*See* Order, ECF No. 20.)

On August 13, 2023, RCC filed a renewed motion for a default judgment against Mannheim. (*See* Renewed Mot., ECF No. 21.) The Court has now issued a

1

Notice of Hearing setting RCC's renewed motion for a Zoom electronic hearing on **Monday, October 16, 2023, at 1:00 pm**.

By no later than **October 6, 2023**, RCC shall serve Mannheim with (1) the Notice of Hearing, (2) this order, and (3) a proposed default judgment. In addition, by no later than **October 6, 2023**, RCC shall file a Certificate of Service on the docket confirming that it has served Mannheim with these documents. Finally, by no later than **October 6, 2023**, RCC shall submit the proposed default judgment to the Court through the Utilities function of CM/ECF. If RCC does not comply with this order as set forth in this paragraph, the Court may deny its motion for a default judgment.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 25, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 25, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126