UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROYAL CAR CENTER, INC.,

    Plaintiff,                                   Case No: 22-cv-12691
                                                  Hon. Matthew F. Leitman

-v-

MANNHEIM LUXURY MOTORS, INC.,

    Defendant.
_____/

**DEFAULT JUDGMENT AS TO DEFENDANT
<u>MANNHEIM LUXURY MOTORS, INC.,</u>**

    The Defendant, MANNHEIM LUXURY MOTORS, INC., an Illinois for-profit corporation, having failed to appear, plead or otherwise defend in this action, and default having been entered on 02/16/2023 (ECF 8), and counsel for plaintiff(s) having requested judgment against the defaulted defendant, MANNHEIM LUXURY MOTORS, INC., , and having filed a proper motion and affidavit (declaration) in accordance with Federal Rule of Civil Procedure 55 (a) and (b);

    **IT IS ORDERED, ADJUDGED, AND DECREED** that the Plaintiff's motion for default judgment is hereby **GRANTED**.

    **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Judgment is hereby entered in favor of plaintiff, ROYAL CAR CENTER, INC., and against defendant, MANNHEIM LUXURY MOTORS, INC., in the amount of Three

Hundred Fifty-Six Thousand Dollars and Thirty-Four Cents ($356,000.34) in principal and Five Thousand Dollars ($5,000.00), for reasonable attorney's fees, **plus interest on the judgment at the legal rate until the judgment is satisfied.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: October 17, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 17, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126